# Court of Appeals
# of the State of Georgia

ATLANTA, April 03, 2019

*The Court of Appeals hereby passes the following order:*

## A19A1652.  WESLEY EDINS et al. v. GARY L. PATRICK.

This case began as a dispossessory proceeding in magistrate court between landlord Gary L. Patrick and tenants Wesley Edins and Stephanie Roland-Edins. Following an adverse ruling, the tenants appealed to the superior court, which issued a writ of possession in favor of the landlord.  The tenants then filed this direct appeal. We, however, lack jurisdiction for two reasons.

First, appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal.  OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003).  "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).  The tenants' failure to follow the proper procedure deprives us of jurisdiction over this appeal.

Second, while a notice of appeal generally must be filed within 30 days of entry of the order sought to be appealed under OCGA § 5-6-38 (a), the underlying subject matter of an appeal controls over the relief sought in determining the proper appellate procedure. *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335 (715 SE2d 752) (2011).  The underlying subject matter here is a dispossessory judgment.  Under OCGA § 44-7-56, appeals in dispossessory actions must be filed within seven days of the date the judgment was entered. *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  Id.

at 523.  The tenants' February 28, 2019 notice of appeal is untimely, as it was filed eight days after entry of the superior court's February 20, 2019 order.

    For each of these reasons, the tenants' appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __04/03/2019__
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



    *, Clerk.*